**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7579**

ROBERT COOPER,

　　　　　Plaintiff - Appellant,

　　v.

RODERICK R. SOWERS; J. MICHAEL STOUFFER, Commissioner of
Correction; BOBBY P. SHEARIN, Warden of North Branch Corr.
Inst.; G. B. MCALPINE; N. A. KLINK; J. L. HARBAUGH; KEVIN L.
LAMP, The Chaplain's Office; PARRISH KAMMULF, Dietary
Manager; MICHAEL GUTILLO; C. GILPIN; J. PAYNE; V. WHITEMANS;
J. T. ZAIS; OFFICER BAUER; C. P. ROBINSON; JAMES SMITH; D.
L. SMITH; JOHN/JANE DOES; KATHY JACOBS; MARY JO ROSE; P. H.
PENNINGTON; FRANK B. BISHOP, JR., Warden of Western
Correctional Institution; RANDY WATSON, Deputy Commissioner;
E. LAMBERT; R. STOTLER; D. BEACHY; W. L. LEYDIG; RICHARD J.
GRAHAM, JR.; JOHN/JANE DOE, a/k/a Stephanie Coates; L.
MOULDIN, a/k/a Moulden; RANDY ADKINS; T. YUTZY; D.
BITTINGER; D. BROADWATER; OFFICER GOLDEN, a/k/a Gonoas;
ROBERT MANUEL; R. DOLLY; V. WARNICK, a/k/a Warnyck,
Psychology Dept.; BRUCE LILLER, Psychology Dept.; MR. BANKS,
Psychology Dept.; MS. HART; RONALD S. WEBER; J. SELLERS;
KEITH ARNOLD; M. CADY,

　　　　　Defendants – Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Senior District
Judge. (1:13-cv-03872-JFM)

Submitted:  March 31, 2016　　　　　Decided:  June 29, 2016

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Robert Cooper, Appellant Pro Se. Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Cooper seeks to appeal the district court's order denying in part and granting in part Defendants' motion for summary judgment and dismissing some of Cooper's claims. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Cooper seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED